RECEIVED CLERK

2006 JAN 23  A 11: 23

U.S. DISTRICT COURT
DISTRICT OF UTAH

Gregory B. Smith #6657
Attorney for Defendant
180 South 300 West #170
Salt Lake City, UT 84101
Phone: (801) 532-5100
Fax: (801) 532-5178

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| LYDIA M ROLL, | STIPULATION AND JOINT MOTION FOR DISMISSAL |
|---|---|
| Plaintiff, | |
| v. | Case no. 2:04CV01174DB |
| KMART ET AL, | Judge Dee Benson |
| Defendant. | |

Plaintiff, by her attorney, and Defendants, by their attorney, stipulate that this matter is fully resolved, and move the Court for an order dismissing all claims of action with prejudice. Each party to bear their own attorneys' fees and costs.

Dated this _____ day of _____, 2006.

_____          _____
Gregory B. Smith                              Mary Anne Q. Wood
Attorney for Defendant                     Attorney for Defendants

CERTIFICATE OF SERVICE

I CERTIFY THAT THAT I DID DELIVER A COPY OF THE STIPULATION TO MARY ANNE Q. WOOD, OF WOOD CRAPO LLC, ON 500 EAGLE GATE TOWER, 60 EAST SOUTH TEMPLE, SALT LAKE CITY, UTAH 84111

_[signature]_